FILED

2024 SEP 13 AM 10: 11

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE MIDDLE DISTRICT OF TENNESSEE**

**Nashville, Tennessee 37203**

| | | |
|---|---|---|
| Dameon Thomas,<br>Debra Brown, Bloc<br> Petitioner Sui juris,<br><br>V<br><br><br>WALMART INC.; SIGNAL 88 LLC;<br>and SHERIFF'S DEPARTMENT<br> Respondent. | ) ) ) ) ) ) ) ) ) ) | Date: 09-12-2024<br><br>3.24-1107<br>Judge: District Judge: District Judge<br><br><br>**PETITION FOR COMPLAINT<br>FOR DECLATORY AND<br>INJUNCTIVE RELIEF 18 U.S.C. 1519 VIOLATION** |

### CONSTITUTIONAL VIOLATIONS

1. 14th Amendment: "No State shall… deny to any person within its jurisdiction the equal protection of the laws." (U.S. Const. amend. XIV, 1) Respondents' actions discriminated against Petitioner based on disability.
2. 1st Amendment: "Congress shall make no law… abridging the freedom of speech." (U.S. amend. I)
   Respondents' actions intimidated and retaliated against Petitioner for exercising free speech.

### WALMART CUSTOMER SERVICE POLICE VIOLATIONS

1. Walmart's Service Animal Policy: "Walmart allows service animals in our stores…" (Walmart prohibits discrimination against customers with disabilities. (Walmart Corporate Policy).
2. Respondents discriminated against Petitioner based on disability.

### STATE LAW VIOLATIONS

1. Tennessee Disability Discrimination Law: "It is an unfair employment practice for an employee to discriminate again an individual based on disability." (Tenn. Code Ann. 4-21-401).
2. Respondents discriminated against Petitioner based on disability – Tennessee Consumer Protection Act: (Tenn. Code Ann. 47-25-101).
3. Respondents engaged in unfair and deceptive practices.

**SECURITY AND SHERIFF DEPARTMENT VIOLATIONS**

1. Tennessee Security Guard Act: "Security guards shall not use excessive force…" (Tenn. Code Ann. 62-35-104)
2. Respondents used excessive force against Petitioner – Tennessee Sheriff's Department Policy:

   "Deputies shall respect the rights of all individuals…" (Tennessee Sheriff's Department Policy Manual) – Respondents failed to respect Petitioner's rights.

**JURY DEMAND**

Pursuant to Federal Rule of Civil Procedure 38 and Tennessee Rule of Civil Procedure 31, Petitioner demands a trial by jury on all claims.

**REQUEST OF PRODURCTION OF VIDEO**

Petitioner requests that Walmart produce a complete and unedited copy of the video footage related to the incident, at their own expense. This request is made in **ALL RESPECTS TO THE LAWS OF THIS GREAT LAND FOR JUSTCIE. All named and unnamed** party in this petition, either in person or in some form of communication, has flat out denied the Petitioner correct information regarding his request to information about Sheriff Ross and/or gave them the run around refusing to give the name and location of who/where this ghost works to proceed in prevailing to receive first fruit and only fruit. The Petitioner has spoken to several representatives from each agency: Walmart Employees- LEON PAZ-Senior Manager, Store Manager-OTTO ADKERSON, Safety Manager-ERIC MOORE; SIGNAL SECURITY LOCATITION IN NASHVILLE, TN Employees: Supervisor-Rachel McCutchen (one male name unknown); Davidson County Sheriff's Office: Sheriff-Ross **(FULL NAME/AND OFFICE UNKNOWN WAS NEVER GIVEN)**, all refused to aid the Petitioner with providing any information as to the whereabouts as to this Sheriff, no one knows his name, he doesn't work anywhere to be found in anyone's system, no video was produced nor watched by investigating personal to make a decision, etc. excuses have been given by et al. in regards to the request for the said video. **18 U.S.C. 1519 has been violated by every party named/unnamed in this petition.**

**RELIEF SOUGHT**

1. Compensatory and punitive damages
2. Declaratory and injunctive relief
3. Costs and attorney's fees

**CERTIFICATE OT SERVICE**

I the Petitioner, Dameon D, Thomas certify that on this 09/12/2024, served a copy of this Complaint and Jury Demand on the following parties:

1. WALMART INC., via hand delivery recorded by phone as proof
2. SIGNAL 88 LLC, via hand delivery recorded by phone as proof
3. SHERIFF's Department, via hand delivery recorded by phone as proof

Without prejudice UCC 1-308

Dameon Thomas

State of Tennessee

County of Davidson

Subscribed and sworn to (or affirmed) before me this 12th day of September 2024

By Dameon Thomas

Personally known _____ OR produced identification ✓

Type of identification produced TN Driver License

Notary Public

My Commission Expires May 9, 2026